UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIT NOTION LLC

        Plaintiff,

v.

DIGITALPRINTS USA CORPORATION,
d/b/a CHEER COLLECTION,

        Defendant.
_____/

Case No. 24-cv-10939
Hon. Matthew F. Leitman

## ORDER DIRECTING DEFENDANT DIGITALPTINTS USA CORPORATION, D/B/A CHEER COLLECTION, TO SUBMIT AMAZON CONTRACT

Defendant DigitalPrints USA Corporation, d/b/a Cheer Collection ("Cheer Collection"), filed a Motion to Dismiss or Transfer (ECF No. 8), asserting that venue is not proper in this district. In support of its argument, Cheer Collection argued, among other things, that a contract it entered into with Amazon is "identical in all respects" to the agreement that was before the court in *Laltitude, LLC v. Dreambuilder Toy, LLC*, No. 2:21-cv-09324, 2022 WL 2156110, at *2 (C.D. Cal. Apr. 6, 2022). The Court concludes that it would be helpful to review a copy of Cheer Collection's agreement with Amazon in order to resolve Cheer Collection's pending motion. Accordingly, it is **ORDERED** that Cheer Collection shall file on the docket a copy of its contract with Amazon by no later than **September 26, 2024**.

1

Cheer Collection may redact confidential business terms such as price and volume.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  September 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126

2